IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| VENKATA SUDHAKAR AMERINENI, Individually and on behalf of all others similarly situated, | ) ) ) ) | Civil Action No. 11-3548 CLASS ACTION COMPLAINT |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MARUTHI TECHNOLOGIES LLC (D/B/A ANBLICKS), VAMSI KADIYALA, PADMAJA KADIYALA, KUMAR TIRUMAL, and GAVS INFORMATION SERVICES (D/B/A GAVS TECHNOLOGIES), | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

## SECOND AMENDED STIPULATION REGARDING DEFENDANTS' DEADLINE TO ANSWER, MOVE, OR OTHERWISE PLEAD WITH RESPECT TO THE COMPLAINT

TO THE HONORABLE SIDNEY A. FITZWATER, Presiding:

Plaintiff Venkata Sudhakar Amerineni ("Amerineni") and Defendants Maruthi Technologies, LLC d/b/a Andblicks, Vamsi Kadiyala, Padmaja Kadiyala, and Kumar Tirumal (collectively, the "Maruthi Defendants") and Defendant GAVS Information Services ("GAVS") file their *Second Amended Stipulation Regarding Defendants Deadline to Answer, Respond, or Otherwise Plead* (the "Stipulation"). In support thereof, Amerineni, the Maruthi Defendants, and GAVS respectfully represent as follows:

1.      Amerineni, the Maruthi Defendants, and GAVS have agreed that the Maruthi Defendants' and GAVS' deadline to answer, move, or otherwise plead with respect to the Complaint is extended until April 6, 2012, inclusive.

DATED:  March 30, 2012.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By:  /s/ Michael C. Lee
      D. Ronald Reneker
      Texas Bar No. 16770000
      Jason A. Copling
      Texas Bar No. 24036400
      Michael C. Lee
      Texas Bar No. 24051735
      3800 Lincoln Plaza
      500 N. Akard Street
      Dallas, Texas 75201-6659
      Telephone:   (214) 855-7500
      Facsimile:    (214) 855-7584
      rreneker@munsch.com
      jcopling@munsch.com
      mlee@munsch.com

COUNSEL FOR DEFENDANTS MARUTHI
TECHNOLOGIES, LLC (D/B/A ANBLICKS), VAMSI
KADIYALA, PADMAJA KADIYALA, and KUMAR
TIRUMAL

**LAW OFFICE OF BERNARD A. GUERRINI**

By:  /s/ Bernard A. Guerrini_____
     Bernard A. Guerrini
     Texas Bar No. 08581700
     6500 Greenville Avenue, Suite 320
     Dallas, Texas 75206
     Telephone:  (214) 692-6556
     Facsimile:   (214) 962-6578
     guerrinipc@erisaltd.com

**BURNS, FIGA & WILL, P.C.**

By:  \_\_\_\_/s/ Dana L. Eismeier_____
     Dana L. Eismeier
     Admitted Pro Hoc Vice
     Plaza Tower One, Suite 1000
     6400 South Fiddler's Green Circle
     Greenwood Village, CO 80111
     Telephone:  (303) 796-2626
     Facsimile:  (303) 796-2777
     deismeier@bfw-law.com

**COUNSEL FOR DEFENDANT GAVS
TECHNOLOGIES, INC.**

**PETERSON, BERK & CROSS, S.C.**

By:  __/s/ Michael F. Brown_____
      Michael F. Brown
      State Bar No. 1041753
      200 E. College Ave.
      Appleton, WI 54912
      Telephone:  (920)831-0300
      Facsimile:  (920)831-0165
      mbrown@pbclaw.com

**COUNSEL FOR PLAINTIFF**

**HAWKS QUINDEL, S.C.**

By:  _/s/ William E. Parsons_____
      William E. Parsons
      State Bar No. 1048594
      David C. Zoeller
      State Bar No. 1052017
      Danielle M. Schroder
      State Bar No. 1079870
      P.O. Box 2155
      Madison, Wisconsin 53701-2155
      Telephone:  (608)257-0040
      Facsimile:  (608)256-0236
      wparsons@hq-law.com
      dzoeller@hq-law.com
      dschroder@hq-law.com

**COUNSEL FOR PLAINTIFF**

**ANDREWS KURTH, LLP**

By:  _/s/ Aaron J. Epstein_____
      Aaron J. Epstein
      Texas State Bar No. 2061562
      1717 Main Street, Suite 3700
      Dallas, Texas 75201
      Telephone:  (214)659-4611
      Facsimile:  (214)915-1423
      aaronepstein@andrewskurth.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this 30th day of March, 2012, the undersigned served the foregoing via ECF, a true and correct copy of the foregoing upon all parties entitled to receive service .

/s/ Michael C. Lee
Michael C. Lee