IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VENKATA SUDHAKAR AMERINENI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARUTHI TECHNOLOGIES LLC (D/B/A ANBLICKS), VAMSI KADIYALA, PADMAJA KADIYALA, KUMAR TIRUMAL, and GAVS INFORMATION SERVICES (D/B/A GAVS TECHNOLOGIES),<br><br>Defendants. | Case No. 3:11-cv-03548 |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Plaintiff Venkata Sudhakar Amerineni, by his counsel, hereby files notice that this action, and all its claims as to all parties, are dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice and without attorneys' fees or costs to any party.

Dated this 3rd day of April, 2012.

**PETERSON, BERK & CROSS, S.C.**

By:   s/Michael F. Brown
      Michael F. Brown, SBN 1041753
      Peterson, Berk & Cross, S.C.
      200 E. College Avenue
      Appleton, WI 54912
      Tel:  (920)831-0300
      Fax:  (920) 831-0165
      E-mail:  mbrown@pbclaw.com

Attorneys for Plaintiff